**DEF -Holiday Deco**

# Comparison of Claim1 of US10863608B2

| No. | Claim 1 of US10863608B2 | Related Evidences |
|---|---|---|
| 1 | 1. A light-emitting diode driving system for transmitting a signal based on a power line | ***Product: [Poogla LED Marquee Letter Lights Sign, Light Up Alphabet Letter for Home Party Wedding Decoration R](#)***<br><br>The LED driving system is receiving an input voltage, and transmitting a signal based on a power line.<br><br><br><br>Power Line     Light-Emitting diode<br><br>A light-emitting diode driving system |
| 2 | for driving a light-emitting diode module light string to emit light and comprising at least <u>a switch unit</u>, <u>a control unit</u>, <u>a main power supply</u>, and <u>a secondary power supply</u>, | The system comprises a control unit, a main power supply, a secondary power supply, and a switch unit. |



| 3 | wherein the switch unit comprises <u>a main input end</u>, <u>a secondary input end</u>, <u>an output end</u>, and <u>a controlled end</u>, the main input end is electrically connected to the main power supply, the secondary input end is electrically connected to the secondary power supply, the controlled end is electrically connected to the control unit, and the output end is electrically connected to a light-emitting diode module light string; | The switch unit comprises a main input end which electrically connected to the main power supply, the secondary input end is electrically connected to the secondary power supply (capacitors), the controlled end is electrically connected to the control unit, and the output end is electrically connected to a LED string.<br><br><br><br>The voltage of the Secondary power supply is lower than the voltage of the Main power supply because of the resistance of R2. |

| 4 | the switch unit is always turned on when the control unit is in an operating state; when the switch unit receives a high level signal from the control unit, the switch unit will be imported the main current by the main power supply source; when the switch unit receives a low level signal from the control unit, the switch unit will be imported the secondary current by the secondary power supply source. | when the system receives a high level signal from the control unit, the switch unit will be imported the main current by the main power supply source;<br><br> |



when the switch unit receives a low level signal from

the control unit, the switch unit will be imported the

secondary current by the secondary power supply

source.



Second power supply
(Low Level)

Second power supply
(Low Level)

| | |
|---|---|
| | **NOTE:**<br><br>(1)" the switch unit is always turned on when the control unit is in an operating state"Understandable: because the switch unit need to receive high level signal and low level signal continuously, it must remain turned on while the control unit is operating. |

| 5 | under the operation of the control unit, the switch unit outputs, to the light-emitting diode module light string, a light emission driving signal composed of the main and secondary current power supplies so as to maintain stable light emission, and the light-emitting diode is always in an operating state. | under the operation of the control unit, the switch unit outputs, to the light-emitting diode module light string, a light emission driving signal composed of the main and secondary current power supplies so as to maintain stable light emission, and the light-emitting diode is always in an operating state.  |

NOTE:

(1) The product only has positive and negative two power lines, test to these LED lights can show a variety of different brightness transfer, in the absence of a separate set of signal lines, it can be directly deduced that the product is based on the existing power lines to the combination of high level signal and low level signal to achieve the signal transmission and drive.

(2) The following figure shows that the main power supply corresponds to a high level signal , the secondary power supply corresponds to a low level signal.



**DEF - Holiday Deco**

**Product comparison with patent US8344659B2**

| U.S. Patent No. 8344659B2 | Related Evidences |
|---|---|
| 1. A digitally controlled illumination system, said<br><br>digitally controlled illumination system comprising: | **_Product:_** _Pooqla LED Marquee Letter Lights Sign, Light Up Alphabet Letter for Home Party Wedding Decoration R_<br><br>The Digitally controlled illumination system<br><br> |

| a power supply for supplying electrical power; |  power supply for supplying electrical power |
|---|---|

| a line driver circuit, said line driver circuit receiving power from said power supply, | 
A Line driver circuit

power supply for supplying electrical power |

| said line driver circuit receiving digital illumination control data from a controller system, |  |
| --- | --- |

| | |
|---|---|
| said line driver circuit driving an output line with an electrical current, and |  Driving an Output line |

| said line driver modulating said digital illumination control data onto said electrical current; and |  |
|---|---|

| more than one controlled unit coupled in a series arrangement to said output line, |  more than one controlled unit coupled in a series (LED String) |



an Output line

| each said controlled unit drawing operating power from said electrical current on said output line, |  more than one controlled unit coupled in a series (LED String) |



an Output line

each said controlled unit demodulating said digital

illumination control data from said output line, and



more than one
controlled unit
coupled in a series
(LED String)

each said controlled unit using said digital illumination control data to control at least one illumination device coupled to said controlled unit.



more than one controlled unit coupled in a series (LED String)

3. The digitally controlled illumination system as set forth in claim 1 wherein said line driver modulates said digital illumination control data onto said current using increases and decreases of electrical current.



