**DEF- HOLIDAY DECO**

# LAB TESTING REPORT

**BY**
**Charles Fedonczak**
**312 Tangle Run Blvd/Apt 1015**
**Melbourne, FL 32940**
**Certification Number:**

_____

Amazon.com: Pooqla LED Marquee Letter Lights Sign, Light Up Alphabet Letter for Home Party Wedding Decoration R : Home & Kitchen

Pooqla LED Marquee Letter Lights Sign, Light Up Alphabet Letter for Home Party Wedding Decoration R



# <u>LAB TESTING REPORT</u>

**BY**
**Charles Fedonczak**
**312 Tangle Run Blvd/Apt 1015**
**Melbourne, FL 32940**
**Certification Number:**

_____



